ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Clauss Construction | ) | ASBCA No. 59333 |
| | ) | |
| Under Contract No. NNC08CA90C | ) | |

APPEARANCE FOR THE APPELLANT: John C. Person, Esq.
Person & Craver, LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Scott W. Barber, Esq.
NASA Chief Trial Attorney
MacAllister A. West, Esq.
Trial Attorney
NASA Glenn Research Center
Cleveland, OH

ORDER OF DISMISSAL

The dispute which is the subject of this appeal having been settled, the appeal is hereby dismissed with prejudice.

Dated: 13 January 2016

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59333, Appeal of Clauss Construction, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals